IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:13-MJ-1040

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| JENNIFER LYNN BERBEROVICH, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Government's Motion to Dismiss the above entitled matter. The Government's motion is ALLOWED. Accordingly, this case is dismissed.

So ordered, this the 17th day of July, 2013.

Robert B. Jones, Jr.
United States Magistrate Judge